IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| VS. § | |
| TOCHIA DANIELLE MCLOON. § | DOCKET NO.: CR605-00013-001 |

**ORDER FOR RELEASE OF PROPERTY BOND/DEED TO SECURE DEBT**

Ruth P. Sapp, mortgagor, filed a Motion for Release of Property Bond/Deed to Secure Debt in connection with the above matter.

After reviewing the motion and considering the facts and evidence, the Court enters the following order:

1.

The Property Bond/Deed to Secure Debt signed on September 19, 2005 by Ruth P. Sapp, mortgager, shall be released and cancelled.

2.

The Clerk Office of the Superior Court of Jeff Davis County, Georgia, is authorized to cancel the Property Bond/Deed to Secure Debt filed in Deed Book 284, Page 317.

SO ORDERED this 10th day of July, 2006.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

Honorable John F. Nangle, Judge

GEORGIA, JEFF DAVIS COUNTY
I hereby certify that the within instrument was filed for record in the office of the Clerk of Jeff Davis Superior Court at 11:17 o'clock A M.
JULY 14TH 20 06
and recorded in DEED BOOK 299 page 134 Minnie Watkins
Deputy Clerk, Superior Court